UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

DINO ANTOLINI,

        Plaintiff,

vs.

STEVEN GAUTIER-WINTHER, NINE & C, LLC, DIMITRI C. VLAHAKIS a/k/a DIMITRI C. VLAMAKIS, KIMLOAN PHAM and 177 CHRYSTIE INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - -x

Case No.: 1:18-cv-02942-LGS

NOTICE OF MOTION FOR DEFAULT JUDGMENT

      PLEASE TAKE NOTICE, that upon the annexed declaration of Stuart H. Finkelstein, Esq. dated August 31, 2018 and the exhibits annexed thereto, Plaintiff, Dino Antolini, by undersigned counsel, will move this Court before Judge Lorna G. Schofield, presiding, United States District Court, located at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, at a date to be determined by the Court, pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2, for an order of Default Final Judgment in favor of the plaintiff and against Defendants STEVEN GAUTIER-WINTHER, NINE & C, LLC, DIMITRI C. VLAHAKIS a/k/a DIMITRI C. VLAMAKIS, KIMLOAN PHAM and 177 CHRYSTIE INC., on the grounds that said Defendants failed to answer or otherwise defend against the Complaint.

Dated: Syosset, New York
       August 31, 2018

              Respectfully submitted,

              By: /S Stuart H. Finkelstein
              Finkelstein Law Group, PLLC
              STUART H FINKELSTEIN, ESQ.
              Attorney for Plaintiff
              338 Jericho Turnpike
              Syosset, New York 11791
              Telephone: (718) 261-4900
              Finkelsteinlawgroup@gmail.com