STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

September 18th, 2018

By ECF

The Honorable Lorna G. Schofield
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Courtroom 1106
New York, NY 10007

        Re: Antolini vs. Gautier- Winter et al
        Case No.: 18-cv – 02942-LGS

Dear Judge Schofield,

We represent the Plaintiff in the above-entitled action and seek clarification regarding your Order of September 5, 2018 [DE 39].

Your Order did not state by what date Defendants are to serve and file their Answer in this matter and as a conference is on for October 2, 2018, we seek your elucidation.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
cc: To all counsel of record via ECF