STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

September 28th, 2018

By ECF to all

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: Antolini vs. Gautier-Winter et
Case No.: 1:18-cv-02942-LGS

Dear Judge Schofield,

To remind the Court I represent Plaintiff in this case and I seek clarification to your endorsement today's date.

The date and time selected by your Honor for the initial conference on this case conflicts with an already scheduled conference I have in another matter in this Courthouse.

Respectfully, I ask for the 14th of November date, your schedule of course permitting. If not, I will again communicate with defense counsel for a date thereafter.

Thanking the Court for its time and attention to this matter, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc