

**ROSALYN**
Maldonado P.C.
Attorney At Law

Of Counsel:
Rachel L. Kaylie

November 27, 2018

**<u>By ECF</u>**
The Honorable Lorna G. Schofield
United States, Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re:    Antolini v. Gautier-Winter, et al
       Case No.: 1:18-cv-02942 (LGS)

Dear Judge Schofield:

As you may recall, my office represents the defendants Steven Guathier-Winther, Nine & C, LLC, Dimitri C. Vlahakis a/k/a Dimitri C. Vlamakis, Kimloan Pham and 177 Chrystie Inc. (collectively, "Defendants") in the above-entitled action.

On November 6, 2018, both sides appeared for an Initial Case Management Conference before your Honor in connection with the above-entitled action. At that conference, a discovery schedule was established. Before the conference, Plaintiff's counsel served discovery demands which Defendants provided an initial response to those demands as demanded in the notices; however, according to your Honor's Order responses to discovery demands are not due until December 20, 2018.

Prior to Plaintiff's counsel filing his letter motion, he did not attempt to confer with me concerning his issues with Defendants' discovery responses. It is my position that Plaintiff's counsel's motion is premature as Defendants' time to provide responses has not lapsed and Defendants are continuing their search for information/documents that are responsive to Plaintiff's demands, if such exist.

For the foregoing reasons, I respectfully request that your Honor deny Plaintiff's application as premature and that your Honor direct Plaintiff's counsel to confer with me prior to making such outlandish and outrageous claims in correspondence to your Honor as required by the rules.

Naturally, should you require additional information or wish to discuss this matter, please do not hesitate to contact the undersigned.

108 S. Franklin Avenue, Suite 11, Valley Stream, New York 11580
P: (516) 274-0613 • F: (516) 274-0615 • E: rmaldonado@rmaldonadolaw.com
www.rmaldonadolaw.com

The Honorable Lorna G. Schofield
November 27, 2018
Page 2

Thanking you in advance for your attention to this matter.

Respectfully submitted,

Rosalyn Maldonado

RM/
cc:  Stuart H. Finkelstein, Esq. (By ECF)