

Of Counsel:
Rachel L. Kaylie

February 25, 2019

**By ECF**
The Honorable Gabriel W. Gorenstein
United States, Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

Re:   Antolini v. Gautier-Winther, et al
      Case No.: 1:18-cv-02942 (LGS)

Dear Judge Gorenstein:

As you may recall, my office represents the defendants Steven Guathier-Winther, Nine & C, LLC, Dimitri C. Vlahakis a/k/a Dimitri C. Vlamakis, Kimloan Pham and 177 Chrystie Inc. (collectively, "Defendants") in the above-entitled action.

Plaintiff and Defendants have reached a settlement in this action and respectfully request until Friday March 29, 2019 to file a Stipulation of Discontinuance with the Court.

Naturally, should you require additional information or wish to discuss this matter, please do not hesitate to contact the undersigned.

Thanking you in advance for your consideration of the request made herein.

Respectfully submitted,

Rosalyn Maldonado

RM/
cc:  Stuart H. Finkelstein, Esq. (By ECF)

108 S. Franklin Avenue, Suite 11, Valley Stream, New York 11580
P: (516) 274-0613 • F: (516) 274-0615 • E: rmaldonado@rmaldonadolaw.com
www.rmaldonadolaw.com